939 A.2d 324

COMMONWEALTH of Pennsylvania, DEPARTMENT
OF EDUCATION

v.

The EMPOWERMENT BOARD OF CONTROL The OF CHES-
TER–UPLAND SCHOOL DISTRICT, Members, Mark Woo-
ley, Esquire, Kathy Schultz, and Juan Baughn,

Appeal of Chester–Upland School District Special Board of
Control, Michael F.X. Gmelin, and Wallace H. Nunn,

Supreme Court of Pennsylvania.

Dec. 27, 2007.

ORDER

PER CURIAM.

AND NOW, this 27th day of December, 2007, the appeal is
hereby QUASHED. This court's affirmance of the Common-
wealth Court's order dated April 16, 2007 by opinion and
Order at *Commonwealth of Pennsylvania, Dep't of Education
v. Chester–Upland Special Board of Control et al.,* 595 Pa.
426, 938 A.2d 1000 (2007), granting the Department of Edu-
cation's Application to Substitute Parties has the effect of
substituting the Empowerment Board of Control of the Ches-
ter–Upland School District for the Special Board of Control of
the Chester–Upland School District. Therefore, the Special
Board of Control of the Chester–Upland School District is no
longer a party to this appeal. *See, e.g., Blackwell v. Common-
wealth, State Ethics Comm'n,* 523 Pa. 347, 567 A.2d 630 (1989)
(holding quashal is appropriate when entity was "out of exis-
tence").